# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TED ALLEN, | : | Case No. 3:16-cv-474 |
| | : | |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This case is before the Court upon Plaintiff's Motion for Allowance of Attorney Fees (Doc. #15). The Commissioner has neither responded to nor opposed this Motion.

The Motion seeks an award of attorney fees under 42 U.S.C. § 406(b)(1) in the total amount of $11,962.50. In the absence of opposition by the Commissioner, the Motion and supporting Exhibits establish that an award of attorney fees is reasonable and warranted under 42 U.S.C. § 406(b)(1) in the amount the Motion seeks.

In addition, the Court previously accepted the parties' stipulation to an award of $3,800.00 in attorney fees to Plaintiff's counsel under the Equal Access to Justice Act (EAJA). (Doc. #s 13-14). The EAJA award, however, was subject to offset in the amount of any debt Plaintiff owed the Government. *See* Doc. #14. Plaintiff's counsel indicates that her office received the EAJA fee on March 5, 2018. Counsel may not recover attorney fees under both the EAJA and 42 U.S.C. § 406(b) for the same work.

Plaintiff's counsel must therefore return to Plaintiff the amount of EAJA fees she has actually received. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).

## IT IS THEREFORE ORDERED THAT:

1. The Motion for Allowance of Attorney Fees filed by Plaintiff's attorney (Doc. #15) is GRANTED;

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b)(1) in the amount of $11,962.50;

3. Plaintiff's counsel shall refund to Plaintiff the amount of attorney fees she has actually received under the Equal Access to Justice Act (Doc. #14); and

4. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 5.3.19

Walter H. Rice
United States District Judge